

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>COASTAL CONVERTORS, INC.<br><br>vs.<br><br>ROSENTHAL MANUFACTURING COMPANY, INC. | **07cv6904**<br>**JUDGE SHADUR**<br>**MAG. JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Coastal Convertors, Inc.

**FILED**
DEC 07 2007
DEC - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| GEORGE E. WEAVER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM |
| LAW OFFICE OF GEORGE E. WEAVER |
| STREET ADDRESS |
| 105 EAST FIRST STREET, SUITE 203 |
| CITY/STATE/ZIP |
| HINSDALE, IL 60521 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2953412 | 630-321-9810 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]