**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COASTAL CONVERTORS, INC., | |
| *Plaintiff* | No. 07 C 6904 |
| v. | Judge Milton I. Shadur |
| ROSENTHAL MANUFACTURING COMPANY, INC., | Magistrate Judge Nan R. Nolan |
| *Defendant* | |

**ROSENTHAL MANUFACTURING COMPANY, INC.'S**
**MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER**
**OR OTHERWISE PLEAD**

Rosenthal Manufacturing Company, Inc. ("Rosenthal"), by and through its undersigned attorneys, hereby moves this Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for enlargement of time in which to answer or otherwise plead, and in support states as follows:

1. Rosenthal was served with the Complaint on December 10, 2007.

2. Pursuant to Federal Rule 12(a)(1)(A), Rosenthal is to file its answer or other responsive pleading on or before December 30, 2007.

3. Rosenthal seeks an enlargement of time – until January 25, 2008 – in which to file its answer or responsive pleading.

4. Good cause exists for such an enlargement. First, the timing of service of the Complaint implicated the holiday season, which resulted in difficulties with scheduling. Second, and more importantly, counsel for Rosenthal requires additional time to investigate the facts giving rise to the Complaint and to the legal issues raised by Plaintiff, Coastal Convertors, Inc. ("Coastal").

5.      Counsel for Rosenthal contacted counsel for Coastal to seek its agreement to the enlargement of time. Counsel for Coastal agreed to the enlargement.

WHEREFORE, Rosenthal Manufacturing Company, Inc. prays that this Court grant its motion for an enlargement of time in which to answer or otherwise plead to and including January 25, 2008, and for such other and further relief as this Court deems necessary and appropriate.

Dated: December 27, 2007                            Respectfully Submitted,

**ROSENTHAL MANUFACTURING COMPANY, INC.**

By: /s/ Brett Nolan
    One of Its Attorneys

Brett Nolan (ARDC No. 6256972)
SHEFSKY & FROELICH LTD.
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
Telephone:   (312) 527-4000
Facsimile:    (312) 527-4011
E-Mail: bnolan@shefskylaw.com
1070248_1