## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COASTAL CONVERTORS, INC., *Plaintiff* <br><br> v. <br><br> ROSENTHAL MANUFACTURING COMPANY, INC., <br><br> *Defendant* | No. 07 C 6904 <br><br> Judge Milton I. Shadur <br><br> Magistrate Judge Nan R. Nolan |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Wednesday, January 2, 2008, at 9:15 a.m., we shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead in Courtroom 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, and present **ROSENTHAL MANUFACTURING COMPANY, INC.'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is served upon you.

Dated: December 27, 2007

Respectfully Submitted,

**ROSENTHAL MANUFACTURING COMPANY, INC.**

By: /s/ Brett Nolan
One of Its Attorneys

Brett Nolan (ARDC No. 6256972)
SHEFSKY & FROELICH LTD.
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
Telephone:   (312) 527-4000
Facsimile:   (312) 527-4011
E-Mail: bnolan@shefskylaw.com
1070243_1

## CERTIFICATE OF SERVICE

The undersigned certifies and states that a true and accurate copy of the foregoing **NOTICE OF MOTION** and **ROSENTHAL MANUFACTURING COMPANY, INC.'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, were filed electronically with the Clerk of the Court on this 27th day of December, 2007, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

George E. Weaver
Law Office of George E. Weaver
105 East First Street
Suite 203
Hinsdale, Illinois 60521
Telephone: (630) 321-9810
Facsimile: (630) 323-8260
ARDC #2953412


　　　　　　　　　　/s/ Brett Nolan