**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COASTAL CONVERTORS, INC., | |
| *Plaintiff* | No. 07 C 6904 |
| v. | Judge Milton I. Shadur |
| ROSENTHAL MANUFACTURING COMPANY, INC., | Magistrate Judge Nan R. Nolan |
| *Defendant* | |

**ROSENTHAL MANUFACTURING COMPANY, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Rosenthal Manufacturing Company, Inc. ("Rosenthal"), pursuant to Federal Rule of Civil

Procedure 7.1 and Local Rule 3.2 states as follows for its Corporate Disclosure Statement:

Rosenthal does not have a parent. No publicly-held entities hold ten percent or more of

Rosenthal's stock.

Dated: December 27, 2007

Respectfully Submitted,

ROSENTHAL MANUFACTURING COMPANY, INC.

By: /s/ Brett Nolan
One of Its Attorneys

Brett Nolan (ARDC No. 6256972)
SHEFSKY & FROELICH LTD.
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
Telephone:    (312) 527-4000
Facsimile:    (312) 527-4011
E-Mail:  bnolan@shefskylaw.com
1070249_1