UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COASTAL CONVERTORS, INC., | |
| *Plaintiff* | No. 07 C 6904 |
| v. | Judge Milton I. Shadur |
| ROSENTHAL MANUFACTURING COMPANY, INC., | Magistrate Judge Nan R. Nolan |
| *Defendant* | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE THAT** on Thursday, December 27, 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois, **ROSENTHAL MANUFACTURING COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT**, a copy of which is served upon you.

Dated: December 27, 2007

Respectfully Submitted,

**ROSENTHAL MANUFACTURING COMPANY, INC.**

By: /s/ Brett Nolan
One of Its Attorneys

Brett Nolan (ARDC No. 6256972)
SHEFSKY & FROELICH LTD.
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
Telephone:  (312) 527-4000
Facsimile:   (312) 527-4011
E-Mail:  bnolan@shefskylaw.com
1070251_1

**CERTIFICATE OF SERVICE**

The undersigned certifies and states that a true and accurate copy of the foregoing **NOTICE OF FILING** and **ROSENTHAL MANUFACTURING COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT**, were filed electronically with the Clerk of the Court on this 27th day of December, 2007, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

George E. Weaver
Law Office of George E. Weaver
105 East First Street
Suite 203
Hinsdale, Illinois 60521
Telephone: (630) 321-9810
Facsimile: (630) 323-8260
ARDC #2953412

　　　　　　　　　　　　　　　　　　/s/ Brett Nolan