

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6904 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Coastal Convertors vs. Rosenthal Manufacturing | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion to compel is entered and continued to September 10, 2008 at 9:15 a.m.

Docketing to mail notices.

00:5

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|